No. 63782.—Wear Ever Baby Carriage Co., Inc., et al. *v.* United States, protests 58/17708, etc. (New York).

Opinion by Ford, J. In.accordance with stipulation of counsel that certain items of the merchandise consist of ribbon similar in all material respects to that the subject of *Beer Stern Import Corp.* v. *United States* (39 Cust. Ct. 294, C.D. 1944), except that the merchandise herein is velvet pile ribbon, wholly or in chief value of cotton, the claim of the plaintiffs was sustained.

No. 63783.—Bristol Antiques Importing Co., Inc., et al. *v.* United States, protests 169643–K, etc. (New York).

Opinion by Ford, J. In accordance with stipulation of counsel that the merchandise consists of candlesticks similar in all material respects to those the subject of Abstract 62036, except that they are not plated with platinum, gold, or silver, nor colored with gold lacquer, the claim of the plaintiffs was sustained.

No. 63784.—W. R. Keating & Co., Inc., and The Antique Market, Inc., et al. *v.* United States, protests 182797–K, etc. (New York).

Opinion by Ford, J. In accordance with stipulation of counsel that the merchandise consists of candlesticks similar in all material respects to those the subject of Abstract 62036, except that they are not plated with platinum, gold, or silver, nor colored with gold lacquer, the claim of the plaintiffs was sustained.

BEFORE THE THIRD DIVISION, FEBRUARY 10, 1960

No. 63785.—Capitol Wine & Spirit Corp. *v.* United States, protests 932541–G, etc. (New York).

Opinion by RICHARDSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in

*United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiff was sustained.

No. 63786.—Julius Wile Sons & Co., Inc. *v.* United States, protests 960004–G, etc. (New York).

Opinion by RICHARDSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiff was sustained.

No. 63787.—Julius Wile Sons & Co., Inc. *v.* United States, protests 8961–K, etc. (New York).

Opinion by RICHARDSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiff was sustained.

No. 63788.—Empire Liquor Corp. *v.* United States, protests 10559–K, etc. (New York).

Opinion by RICHARDSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiff was sustained.

No. 63789.—Capitol Wine & Spirit Corp. *v.* United States, protests 26534–K, etc. (New York).

Opinion by RICHARDSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiff was sustained.